UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CELLERE, LLC,                                           Bankruptcy Case No. 11-05088

    Debtor,                                          Adversary Proceeding No. 12-80012
_____/

KELLY M. HAGAN, Chapter 7 Trustee,

    Plaintiff,                                       Case No. 1:12-cv-373

v.                                                      Hon. Janet T. Neff

ALTERNATIVE ENERGY
SERVICES, LLC,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed April 17, 2012 by the United States Bankruptcy Judge in this action regarding the Motion for Entry of a Default Judgment against Defendant.  No objections have been filed.  Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Kelly M. Hagan, Trustee, against Defendant Alternative Energy Services, LLC in the amount of $45,995.26, together with costs of $293.00, pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.

Dated:  May 14, 2012                                     /s/Janet T. Neff
                                                                                                               JANET T. NEFF
                                                                                                               UNITED STATES DISTRICT JUDGE